IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROY SORENSON,

     Plaintiff,

v.                                 Case No. 8:25-cv-2317-KKM-TGW

METHOD TESTING
LABORATORIES, LLC,

     Defendant.

_____/

METHOD TESTING
LABORATORIES, LLC,

Counter-Plaintiff,

v.

ROY SORENSON,

Counter-Defendant.

_____/

## NOTICE OF SETTLEMENT

     Defendant, METHOD TESTING LABORATORIES, LLC, pursuant to Local Rule 3.09(a), Middle District of Florida Local Rules, and by and through its undersigned counsel, hereby files this Notice of Settlement of the above-captioned action. The parties will file a Motion for Approval of the FLSA Settlement Agreement.

Dated: April 28, 2026.                Respectfully submitted,


                                    */s/ Brett P. Owens*
                                    Brett P. Owens, B.C.S.

Florida Bar No.: 0112677
bowens@fisherphillips.com
Elysse V. Gorney, Esq.
Florida Bar No.: 1003650
egorney@fisherphillips.com
FISHER & PHILLIPS LLP
401 E Jackson Street, Suite 3100
Tampa, FL 33602
Telephone: (813) 769-7500
Facsimile: (813) 769-7501
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system on April 28, 2026, which will send a true and correct copy of the foregoing document to the following counsel of record:

Joseph F. Southron, Esq.
Jack M. Mattson, Esq/
**SOUTHRON FIRM, P.A.**
400 N. Ashley Drive, Suite 1720
Tampa, Florida 33602
joe@southronfirm.com
jack@southronfirm.com
eservice@southronfirm.com

*Attorney for Plaintiff/Counter-Defendant*

/s/ *Brett P. Owens*
Lead Counsel for Defendant/ Counter-Plaintiff

2

FP 63628972.1