# EXHIBIT B

**JOINT MOTION FOR APPROVAL**



# Job Description
## Senior Laboratory Director

**Overview:**

As a **Senior Laboratory Director**, the position is a key member of the management team to lead and manage the organizations efforts to operate the testing laboratory. This position reports to the Chief Executive Officer.

**Responsibilities:**

- Key team member of the management team assisting with certification application for the Florida Department of Health including SOPs, quality processes, methods, selecting equipment, managing instrument performance, data review and approval optimizing lab layout and hiring key personal.

- Lead operational team through ISO certification and other necessary qualifications including GLP.

- Ongoing responsibilities will include direct oversight of the day-to-day operations and ensuring compliance with quality and safety standards within a lab.

- Ensure all Florida Department of Health requirements for CMTL license are meet including Proficiency Testing, Instrument Methods and Data Integrity.

- Manage Laboratory Information Management System (LMIS) analytical system requirements and performance.

- Review and approve daily all detail reported data and QA/QC SOPs.

- Develop, implement and manage lean and six sigma laboratory procedures.

- Provide extensive experience, direction and management of LCMS, GC-MS, HPLC and/or ICP-AES/MS, PCR, Culture Plate methods, traditional plating, microbiology and major equipment manufacturers.

- Ensure all analytical instruments are performing to manufacture specification and maintain the instruments through required preventative maintenance schedules.

- Provides opinions, interpretations and approval regarding the quality and meaning of analytical data contained within analytical reports provided to customers.

- Provide laboratory clients with world-class customer service, takes ownership of issues and follows through to resolution.

- Ensure customer results are reported quickly and accurately based on Florida Department of Health requirements.

- Provides direct correspondence with Florida Department of Health and ensures all communications are timely and accurate.

Private and Confidential

DEFENDANT PRODUCTION 000083



## Job Description
## Senior Laboratory Director

### Responsibilities:

- Maintain laboratory information system by identifying information needs and problems; recommending improvements; establishing priorities; testing; writing user manuals; training employees; maintaining security and confidentiality.

- Track and report key laboratory and business metrics on a consistent basis and participates in management reviews.

- Provide oversight and direction to direct reports including overseeing hiring, onboarding, delegating responsibilities and priority setting.

- Lead and participates in training and continuous improvement projects.

- Stays current with developments in the field, read technical publications and participate in educational opportunities.

- Ensure a culture of safety in laboratory.

- Strong communication skills, capable of communicating ideas and motivating colleagues.

- Other duties as assigned or requested.

### Qualifications:

- Must have a minimum of eight (8) years of experience in an ISO, CAP, TNI, or similarly accredited laboratory environment.

- Must have a bachelor's degree in a natural science, including, biology, chemistry, physics, engineering, or environmental sciences – Masters or PHD preferred.

- Minimum 10-15 years of relevant industry and laboratory operations experience in a high production laboratory specialized in fast turnaround times – food safety, clinical, forensic, environmental and cannabis experience preferred.

- Advanced knowledge of principles, terminology, practices, techniques and instrumentation commonly used in a laboratory setting.

- Excellent computer skills in a Microsoft Windows environment, including Word, Excel and PowerPoint.

- Ability to prioritize tasks and maintain a strong work ethic.

- Must be willing to be subjected to a background check to be approved by the Florida Department of Health .

- Extensive experience with HPLC , GC , ICP MS/MS, GC/MS/MS and/or LC/MS/MS instrumentation.

DEFENDANT PRODUCTION 000084



Job Description
**Senior Laboratory Director**

**Qualifications:**

- Extensive experience with GLP , FDA and ISO 17025 requirements as well as auditors and inspectors.

- Process , procedure and continuous improvement oriented with experience in Lean and Six Sigma.

- Ability to work in a fast-paced , changing and challenging environment.

- Must have excellent written and verbal communication and customer support skills.

- Must have prior supervisory experience and strong leadership skills.

- Demonstrated ability to solve technical problems and an attention to details.

DEFENDANT PRODUCTION 000085